1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Albert Dytch

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11
    ALBERT DYTCH,                          )   No.  3:22-cv-05659-TSH
12                                         )
              Plaintiff,                   )   **STIPULATION FOR DISMISSAL OF**
13                                         )   **ENTIRE ACTION**
         vs.                               )
14                                         )
    LA CALLE 10, INC. dba ITALY ON         )
15  GILMAN; WC PROPERTIES (EDENS),         )
    LLC;                                   )
16                                         )
              Defendants.                  )
17                                         )
                                           )
18                                         )
                                           )
19  _____)

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and
2 Defendants, La Calle 10, Inc. dba Italy on Gilman; and WC Properties (Edens), LLC, the
3 parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
4 above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own
5 attorneys' fees and costs.

7 Dated: March 17, 2023                              MOORE LAW FIRM, P.C.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Albert Dytch

12 Dated: March 17, 2023                             Baker & Hostetler LLP

                                                     */s/ Ryan D. Fischbach*
                                                     Ryan D. Fischbach
                                                     Attorneys for Defendant,
                                                     WC Properties (Edens), LLC

17 Dated: March 17, 2023                             Law Office of Andrew Vento Gabriel

                                                     */s/ Andrew V. Gabriel*
                                                     Andrew V. Gabriel
                                                     Attorneys for Defendant,
                                                     La Calle 10, Inc. dba Italy on Gilman

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Albert Dytch